## THE PEOPLE VS. DAVID CROCKER.

Pleading to a complaint, after an arrest on a void warrant, is no such waiver of the objection as will confer jurisdiction,

The warrant should be subscribed and sealed.

*Motion heard, October 26, 1869, in the Circuit Court for the County of Iosco,*

*H. H. Hatch* and *D. J. Evans* for the People.

*T. C. Grier* for the Respondent.

*By the Court*, SUTHERLAND, J. This is a motion to quash the proceeding, and discharge the respondent on the grounds:

1st, The warrant of arrest is not signed nor sealed by the justice.

2d, The conviction and sentence is void, the justice having sentenced the defendant to pay a fine of $25, and be imprisoned until the fine is paid.

It is contended that by pleading guilty to the complaint, the objection to the warrant was waived; and that by taking the appeal, the objection to the judgment is waived, the judgment being vacated by the appeal.

The proceeding is *in invitum*, and pleading to the complaint after an arrest on a void warrant, is no such waiver of the objection as will confer jurisdiction. The warrant should be subscribed and sealed.

Motion granted—defendant discharged.